UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| MARISHA PETERS | ) | |
| | ) | |
| v. | ) | 1:09-cr-98/1:11-cv-172 |
| | ) | *Judge Mattice* |
| UNITED STATES OF AMERICA | ) | |

**O R D E R**

Marisha Peters ("Peters") has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Criminal Court File No. 624).[1] Pursuant to the Court's previous order the United States' response was due on September 15, 2011 (Criminal Court File No. 629). Presently before the Court is the government's motion requesting an extension of time in which to file a response (Criminal Court File No. 631).

The government requests a thirty (30) day extension of time in which to file a response due to counsel's participation in several complicated operational matters and his absence from the office (Criminal Court File No. 631). Accordingly, for good cause shown, the motion requesting an extension of time in which to file a response is **GRANTED** (Criminal Court File No. 631). The government **SHALL** file a response on or before **Friday, October 21, 2011**.

ENTER:

                                                      */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.