UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MARISHA PETERS,

    Movant,

Vs.

UNITED STATES OF AMERICA,

    Respondent.

CAUSE NO: 1:11-cv-172
(NO: 1:09-cr-98-08)

## MOTION FOR TRANSCRIPTS

COMES NOW MARISHA PETERS, MOVANT, in the foregoing action who moves the court to provide a copy of the Plea and Sentencing Transcript in the above captioned proceedings.

Movant has filed simultaneous with the Motion To Vacate, a Motion to proceed in forma pauperis, stating that she has no funds with which to prosecute these proceedings. Movant states that access to the requested Transcripts are critical in formulating a proper reply the government's response. Peters also states that the government has access to these documents and requests that in the spirit of fair play she have equal access also.

- 1

WHEREFORE PREMISES CONSIDERED, Movant requests that;

(a) she provided one copy of the Plea and Sentencing Transcript;

(b) and that the Transcript be afforded at the cost of the court, and Grant,

(c) unto the Movant any other relief the court deems just and proper to make.

Respectfully Submitted,

Dated this 25 day of October 2011.

_____//s//_____

MARISHA PETERS,

#12946-074
Movant pro se
Federal Prison Camp
Glen Ray Rd. Box A
Alderson, West VA. 24910

# C E R T I F I C A T E   O F   S E R V I C E

CAUSE NO: 1:11-cv-172

CIVIL ACTION NO: No:1:09-cr-98-08

I, MARISHA PETERS, FED#12946-074, hereby certify that on this 25 day of October, 2011, I have caused to be served a true and correct copy of the following;

MOTION FOR LEAVE TO REPLY

MOTION FOR TRANSCRIPTS

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston v. Lack</u> 101 L.Ed. 2d 245 (1988), upon the court and parties to litigation and their attorneys of record, by placing same in a sealed, prepaid envelope with sufficient postage attached thereto to carry same to its destination, addressed to:

Mr. Steven S. Neff
Assistant United States Attorney
1110 Market Street, Ste. 301
Chattanooga, TN. 37402

and deposited same in the "Blue" legal mail deposit box at the Federal Prison Camp-Glen Ray Road- Box A Alderson, West VA. 24910, on the 25th day of October, 2011.

I have read the foregoing and state the facts under personal knowledge are true and correct.

- 1 -

Executed this 25th day of October, 2011, under penalty of perjury pursuant to Title 28 U.S.C. Section 1746.

Respectfully Submitted,

_____//s//_____

Dated this 25th day of October 2011.

MARISHA PETERS, #12946-074

Movant pro se
Federal Prison Camp
Glen Ray Rd. Box A
Alderson, West VA. 24910