UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MARISHA PETERS | ) | |
| | ) | |
| v. | ) | 1:09-cr-98/1:11-cv-172 |
| | ) | *Judge Mattice* |
| UNITED STATES OF AMERICA | ) | |

**ORDER**

Presently before the Court are Marisha Peters' ("Peters") unsigned motions wherein she requests an extension of time in which to file a reply to the government's response and discovery (Criminal Court File Nos. 643 and 644).[1] Rule 12 of the Rules Governing Section 2255 Proceedings for the United States District Courts directs the Court to apply the Federal Rules of Criminal Procedure and the Federal Rules of Civil Procedure in § 2255 proceedings. Rule 11 of the Federal Rules of Civil Procedure specifically mandates that every pleading "must be signed . . . by a party personally if the party is unrepresented." Peters failed to sign her motions. Rather, she typed "//s//" on the signature line of each motion. Thus, the Court finds both of Peters' motions are insufficient and shall be returned to Peters' for her signature.

Accordingly, the Clerk is **DIRECTED** to send the original motions back to Peters, and Peters is **ORDERED** to sign each motion. Unless Peters signs and returns the

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.

1

motions within **thirty (30) days** from the date of entry of this Order, the Court will assume that she does not wish to pursue the motions and will dismiss the motions as insufficient.

SO ORDERED.

ENTER:

/s/Harry S. Mattice, Jr.
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE
