**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF TENNESSEE
OFFICE OF THE CLERK
900 Georgia Avenue, Room 309
Chattanooga, Tennessee 37402

(423) 752-5200

**DEBRA C. POPLIN**
Clerk of the Court

**JOHN MEDEARIS**
Chief Deputy Clerk

## NOTICE IN RE: CRIMINAL EXHIBITS

It appearing that all matters have been concluded, the United States is permitted to withdraw their evidence in the below listed cases:

4-10-cr-26
4-10-cr-25-002
4-11-cr-7
4-11-cr-20
4-11-cr-37
1-07-cr-25
1-07-cr-33
1-07-cr-57
1-07-cr-103
1-07-cr-146
1-08-cr-4
1-08-cr-34
1-08-cr-30
1-08-cr-42
1-08-cr-51
1-08-cr-58
1-08-cr-71
1-08-cr-79
1-08-cr-85
1-08-cr-93
1-08-cr-97
1-08-cr-101
1-08-cr-130
1-08-cr-132
1-09-cr-20
1-09-cr-39
1-09-cr-107
1-09-cr-43
1-09-cr-50
1-09-cr-55
1-09-cr-56
1-09-cr-57
1-09-cr-76

1-09-cr-88
1-09-cr-91
1-09-cr-93
1-09-cr-98
1-09-cr-107
1-09-cr-121
1-09-cr-139
1-09-cr-152
1-09-cr-179
1-09-cr-180
1-10-cr-4
1-10-cr-10
1-10-cr-16
1-10-cr-34
1:10-cr-35-005
1-10-cr-39
1-10-cr-55
1-10-cr-56
1-10-cr-59
1-10-cr-73
1-10-cr-75
1-10-cr-80
1-10-cr-102
1-10-cr-116
1-10-cr-120
1-10-cr-150
1-11-cr-27
1-11-cr-76
1-11-cr-115
1-12-cr-11
1-12-cr-25
1-12-cr-74

DEBRA C. POPLIN, CLERK OF COURT

BY: _____
    Deputy Clerk

Withdrawn by Government on 05/06/2013

By: _____ Ebony Ashford
    Sign and Print